MAYOR AND COUNCIL OF THE BOROUGH OF RIDGEFIELD
v. HACKENSACK MEADOWLANDS DEVELOPMENT
COMMISSION AND BERGEN COUNTY UTILITIES AUTHORITY.

March 25, 1986.

Petition for certification denied.

MIGUEL MOLINA, ET AL. v. RAPHAEL AVILES, ET AL.

March 25, 1986.

Motion for leave to appeal denied.

VINCENT R. DIBERNARDO, ET AL. v. ALBERT J. MOSLEY, ET AL.

March 25, 1986.

Petition for certification denied. (See 206 *N.J.Super.* 371)